**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:  James Hardy and Helen Hardy<br>Debtor, | Chapter: 13<br>Case No: 10–46394<br>Judge Melvin S. Hoffman |

## ORDER
## REGARDING DEFICIENT FILING

Your recent filing of **Motion to Amend Schedules C and I** on **FEBRUARY 17, 2011** with the Court was deficient and/or defective as noted below:

☑ Service (Missing or Insufficient) **Insufficient**

☐ Verified statement or an unsworn declaration as required by Fed. R. Bankr. P.1008 and in accordance with 28 USC § 1746.

☐ Declaration Re: Electronic Filing (Official Local Form 7) as required by MEFR 7(a)

☐ Chapter 13 Agreement Between Debtor and Counsel (Official Local Form 8) as required by MLBR App. 1, Rule 13–2 (a)(8).

☐ Reaffirmation Agreement Cover Sheet.

☐ Real Estate Worksheet.

☐ Debtor(s) Schedule of Disputed Payments in Opposition to Motion for Relief from Stay – Post Petition Transaction History.

☐ Other

You are hereby **ORDERED** to file the above required documents(s) on or before **FEBRUARY 3, 2011** .

**YOU MUST FILE THESE DOCUMENTS AT THE CLERK'S OFFICE AS INDICATED BELOW.**
**FAILURE TO COMPLY WILL RESULT IN DENIAL OR DISMISSAL WITHOUT FURTHER NOTICE.**

○ United States Bankruptcy Court
John. W. McCormack Post
Office and Court House
5 Post Office Square, Suite 1150
Boston, MA 02109–3945

◉ United States Bankruptcy Court
211 Donohue Federal Building
595 Main Street
Worcester, MA 01608–2076

○ United States Bankruptcy Court
United States Courthouse
300 State Street, Suite 220
Springfield, MA 01105–2925

Date:2/17/11

By the Court,

<u>Anne Harmon</u>
Deputy Clerk
508–770–8913

26 – 25

Case 10-46394    Doc 26    Filed 02/17/11    Entered 02/17/11 11:09:21    Desc Deficient Filing Order    Page 2 of 2

26 – 25